UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JAMARCUS DEWAYNE HATCHER,**
    Plaintiff,

v.

**ROBERT A. DEYTON DETENTION, FACILITY, et al.,**
    Respondent.

Case No. 2:23-cv-1735-CLM-SGC

# MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 13). The magistrate judge advised the plaintiff of his right to file written objections within 14 days, but the court has not received any objections.[1]

After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on October 28, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

---

[1] The postal service returned the copy of the report and recommendation mailed to the plaintiff at his address of record to the court as undeliverable with the notation "Inmate Released." (Doc. 14). And the plaintiff has not kept the court apprised of any changes to his mailing address, despite his obligation to do so. (Doc. 1, p. 9; Doc. 5, p. 10).